**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DAVID S. FRAMPTION, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner, Social Security Administration, <br><br> Defendant. | Case No. 05-CV-378-FHM |

## OPINION AND ORDER

Frampton's Attorney's Motion for Relief Under Fed.R.Civ.P. 60 [Dkt. 39] is GRANTED.

The Court entered an Opinion and Order on June 20, 2002, which contained a mistake in the amount of attorney fees awarded under the terms of 42 U.S.C. § 406(b). A "Corrected Opinion and Order" has been entered this date.

SO ORDERED this 26th day of August, 2008.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE